USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 1, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

      -against-

MARK GONZALEZ,
MICHAEL KELLEHER,
              Defendants.
-----------------------------------X

21 CR 288(VM)

ORDER

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, June 4, 2021 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:    New York, New York
            1 June 2021

_____
Victor Marrero
U.S.D.J.