```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 9, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :           **21 CR 288(VM)**
         -against-                  :              **ORDER**
                                    :
MARK GONZALEZ,                      :
MICHAEL KELLEHER,                   :
                 Defendants.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

　　In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, September 10, 2021 at 12:30 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

　　The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:　　New York, New York
　　　　　9 September 2021

_____
Victor Marrero
U.S.D.J.