USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,   :
:
:     **21 CR 288 (VM)**
     -against-         :     **ORDER**
:
MARK GONZALEZ, DAVID KELLEHER,   :
:
          Defendant.   :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of counsel for Defendants (see Dkt. No. 34), requests that the status conference currently scheduled for November 12, 2021 be adjourned. The conference shall be adjourned until Friday December 3, 2021 at 2:30 p.m.

The Defendants shall be prepared to discuss any contemplated motions at the December 3 conference.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 3, 2021.

It is hereby ordered that time until December 3, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
      November 8, 2021

_____
Victor Marrero
U.S.D.J.