USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA            :
                                    :     21 Crim. 288 (VM)
     - against -                    :
                                    :     SCHEDULING ORDER
MARK GONZALEZ,                      :
                                    :
                    Defendant.      :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, December 3, 2021 at 2:30 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         November 30, 2021

_____
Victor Marrero
U.S.D.J.