USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

MARK GONZALEZ,

        Defendant.

21 Cr. 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon request of Defendant, <u>see</u> Dkt. No. 36, it is hereby ordered that David Touger, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Megan Wolfe Benett.

**SO ORDERED.**

Dated: New York, New York
      3 December 2021

                                             Victor Marrero
                                               U.S.D.J.