```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA              :
                                      :    21 Crim. 288 (VM)
     - against -                      :
                                      :    SCHEDULING ORDER
MARK GONZALEZ,                        :
                                      :
                         Defendant.   :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon receipt of Defense Counsel Robert DeGroot's motion to withdrawal and pursuant to the Supreme Court's decision in Missouri v. Frye, 566 U.S. 134 (2012), the Court will hold a hearing in this matter on Friday, July 1, 2022 at 10:00 a.m. The hearing will take place in Courtroom 15B of the Daniel Patrick Moynihan United States Courthouse.

**SO ORDERED.**

Dated:   New York, New York
         June 13, 2022

_____
Victor Marrero
U.S.D.J.