

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York
office: 212.687.8181 | fax: 212.972.9432 | www.kreind...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022

June 13, 2022

VIA ECF
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *U.S. v. Mark Gonzalez*, 21 cr. 288 (VM)

Dear Judge Marrero,

    In light of the recent appearance and filings of previously-retained counsel Robert DeGroot, I respectfully move to be relieved from this matter. It is my understanding from these filings and prior representations made to me that Mark Gonzalez intends to proceed with retained counsel. In light of that information, I believe it would not be necessary or appropriate for me to continue as counsel pursuant to the Criminal Justice Act. I have conferred with the government and they have advised that they do not object to my letter-request to be relieved in this matter. To the extent this Court is disinclined to grant this request, I note that I cannot join the hearing in person on July 1, 2022, but could join by remote means if the Court directs me to do so.

                                      Respectfully submitted,

                                             /s/
                                      Megan W. Benett

cc: all counsel by ECF

---

**Request GRANTED.**

The request of CJA attorney Megan Benett for termination as counsel to defendant in this matter is GRANTED.

**SO ORDERED.**

6/29/2022
DATE

VICTOR MARRERO, U.S.D.J.

---

New York            Boston            Los Angeles