USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA               :
                                       :    21 Crim. 288 (VM)
     - against -                       :
                                       :    SCHEDULING ORDER
MARK GONZALEZ,                         :
                                       :
                    Defendant.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for July 1, 2022 is hereby adjourned until July 8, 2022 at 1:00 p.m. The conference will take place in person in Courtroom 15B of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Dated:   New York, New York
         June 29, 2022

_____
Victor Marrero
U.S.D.J.