USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA               :
                                       :    21 Crim. 288 (VM)
     - against -                       :
                                       :    **SCHEDULING ORDER**
MARK GONZALEZ,                         :
                                       :
                    Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court received Defendant's omnibus pretrial motions on July 29, 2022. (See Dkt. No. 70.) The parties are hereby ordered to file a proposed schedule, by August 3, 2022, for the filing of the Government's response and Defendant's reply.

**SO ORDERED.**

Dated:   New York, New York
         August 1, 2022

                                    _____
                                    Victor Marrero
                                    U.S.D.J.