

**U.S. Department**

*United States Atto...*
*Southern District...*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022

August 1, 2022

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: ***United States v. Mark Gonzalez and David Kelleher*, 21 Cr. 288 (VM)**

Dear Judge Marrero:

   Earlier today, the Court directed the parties to submit a proposed briefing schedule to respond to the defendant's pretrial motions filed July 29, 2022. Dkt. 71. The parties jointly submit the following proposed schedule:

- Government opposition to be filed by August 5, 2022
- Defense reply to be filed by August 12, 2022

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

   By: */s/ Kevin Mead*
       Kevin Mead
       Michael R. Herman
       Assistant United States Attorneys
       (212) 637-2211/2221

The proposed briefing schedule is
approved.

**SO ORDERED.**

8/2/2022

DATE    VICTOR MARRERO, U.S.D.J.