USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MARK GONZALEZ,

Defendant.

**ORDER**

S1 21 Cr. 288 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Jennifer Willis on August 31, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for Friday, December 9, 2022 at 12:00 p.m.

**SO ORDERED:**

Dated: New York, New York
September  7  , 2022

Victor Marrero
U.S.D.J.

SOUTHERN DISTRICT OF NEW YORK