USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/3/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
          -against-                    :      **21 CR 288 (VM)**
                                       :
MARK GONZALEZ,                         :      <u>**ORDER**</u>
                                       :
                    Defendant.         :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

          The sentencing of Mark Gonzalez, currently scheduled for

December 9, 2022, is hereby adjourned until February 10, 2023 at

11:00 a.m. Both parties are directed to refer to Judge Marrero's

individual rules for deadlines regarding sentencing submissions.

**SO ORDERED.**


Dated:    New York, New York
          October 3, 2022



                                        _____
                                        Victor Marrero
                                        U.S.D.J.