```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against -

MARK GONZALEZ,

                        Defendant.

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A status conference in the above-captioned matter is hereby scheduled for December 2, 2022 at 11:30 a.m.

**SO ORDERED.**

Dated:    15 November 2022
             New York, New York

_____
Victor Marrero
U.S.D.J.