USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　- against -

MARK GONZALEZ,

　　　　　　　　　Defendant.

---

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

　　The status conference in the above-captioned matter, currently scheduled for January 20, 2023 at 1:00 p.m., is hereby rescheduled to January 20, 2023 at 12:00 p.m.

**SO ORDERED.**

Dated:　　18 January 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　U.S.D.J.