```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference in the above-captioned matter, currently scheduled for February 3, 2023 at 11:00 a.m., is hereby adjourned to February 17, 2023 at 11:00 a.m.

Further, on January 20, 2023, the Court received Defendant's documents pertaining to discovery in this matter. (See Dkt. No. 94.) The Court will mail the documents to defense counsel, and defense counsel is hereby directed to review the documents with Defendant and provide an electronic copy of the documents to the Court.

**SO ORDERED.**

Dated:    23 January 2023
           New York, New York

                                            Victor Marrero
                                              U.S.D.J.