```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court has received CJA attorney Richard Palma's ("Mr. Palma") letter, dated March 23, 2023, updating the Court on defendant Mark Gonzalez's request to withdraw his guilty plea and to substitute counsel (see Dkt. No. 100), along with Mr. Palma's motion for authorization to subpoena the Essex County New Jersey Department of Corrections (see Dkt. No. 100-1). The Court hereby directs the Government to respond to Mr. Palma's submissions within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    24 March 2023
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.