USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               - against -

MARK GONZALEZ,

                     Defendant.

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby schedules a status conference in the above-captioned matter for April 7, 2023 at 12:00 p.m. to address CJA attorney Richard Palma's ("Mr. Palma") letter filed on March 23, 2023, which includes, among other things, a request to substitute counsel. (See Dkt. No. 100.) Both Mr. Palma and Defendant's current counsel, Troy Archie, are directed to appear.

**SO ORDERED.**

Dated:    3 April 2023
             New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.