**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/4/2023
```

UNITED STATES OF AMERICA,

                        - against -

MARK GONZALEZ,

                        Defendant.

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference in the above-captioned matter, currently scheduled for April 7, 2023 at 12:00 p.m., is hereby rescheduled to April 14, 2023 at 10:30 a.m.

**SO ORDERED.**

Dated:    4 April 2023
          New York, New York

                                            _____
                                              Victor Marrero
                                              U.S.D.J.