```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

MARK GONZALEZ,

                Defendant.

---

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Troy Archie, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Richard Palma.

**SO ORDERED.**

Dated:     14 April 2023
             New York, New York

                                  Victor Marrero
                                      U.S.D.J.