USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

MARK GONZALEZ,

                   Defendant.

---

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that the assignment of C.J.A. attorney Richard Palma to represent Defendant in the above-captioned matter be effective *nunc pro tunc* as of February 17, 2023.

**SO ORDERED.**

Dated:    17 April 2023
            New York, New York

                                              _____
                                              Victor Marrero
                                              U.S.D.J.