USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/21/2023_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               - against -

MARK GONZALEZ,

               Defendant.

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 18, 2023, the Court received by mail letters from Defendant pertaining to discovery in this matter. The Court will mail Defendant's documents to defense counsel Richard Palma ("Mr. Palma"). Mr. Palma is hereby directed to review the documents, redact any self-incriminating or otherwise prejudicial material, and file a redacted version for docketing.

**SO ORDERED.**

Dated:      21 April 2023
             New York, New York

                                Victor Marrero
                                U.S.D.J.