USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

  - against -

MARK GONZALEZ,

              Defendant.

---

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference in the above-captioned matter for May 5, 2023 at 11:00 a.m. to address defense counsel's letter filed on May 1, 2023, regarding defendant Mark Gonzalez's decision to proceed pro se. (See Dkt. No. 117.)

**SO ORDERED.**

Dated:  2 May 2023
        New York, New York

Victor Marrero
U.S.D.J.