**RICHARD PALMA**
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/23
```

MEMBER OF THE BAR  　　　　　　　　　　　　　　　TEL. (212) 686-8111
NEW YORK  　　　　　　　　　　　　　　　　　　　　FAX. (212) 202-7800
　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: rpalma177@gmail.com

May 10, 2023

**ECF**

Honorable Victor Marrero, U.S.D.J.
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Courtroom 15B
New York, N.Y. 10007

　　　　Re:　U.S. v. Mark Gonzalez, 21 Cr. 288 (VM)
　　　　　　Defense Counsel Informs the Court of Defendant's Decision *Not* to Represent Himself Pro Se.

Dear Judge Marrero:

　　　After meeting with Mr. Mark Gonzalez on May 6th and May 9th in which we discussed the dangers and disadvantages of self-representation as well as the rights and benefits relinquished, and after reviewing with him the Government's May 4th "Faretta Letter" (ECF. 119), he has decided upon further consideration to withdraw his request to represent himself pro se and wishes furthermore to continue with me as his court-appointed counsel. However, Mr. Gonzalez still expects me as his legal counsel to file a FRCP 11(d) motion for a withdrawal of his guilty plea. Accordingly, I respectfully request 30-days to file this motion with supporting documents.

　　　Thank you.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　s/Richard Palma
　　　　　　　　　　　　　　　　　　　　　　　Richard Palma



Request GRANTED. The Court hereby grants defendant leave to file a motion to withdraw his guilty plea within 30 days of the date of this order.

SO ORDERED.
5/11/23 DATE    VICTOR MARRERO, U.S.D.J.