# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY - SUITE 715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  **TEL. (212) 686-8111**
**NEW YORK**  **FAX. (212) 202-7800**
  **E-MAIL: rpalma177@gmail.com**

June 14, 2023

**ECF**

Honorable Víctor Marrero, U.S.D.J.
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Courtroom 15B
New York, N.Y. 10007

>  **Re:   U.S. v. Mark Gonzalez, 21 Cr. 288 (VM)**
>  **Government does not oppose the Defense request for a 30-day extension to file FRCP 11 Motion.**

Dear Judge Marrero:

  Based on the information received from the Essex County Correctional Center on June 13th, which clarifies the basis for Mr. Gonzalez's FRCP 11 motion, I respectfully request a 30-day extension to submit this motion by July 14, 2023. The government does not oppose this defense request.

  Thank you.

  Respectfully submitted,
  s/Richard Palma
  Richard Palma



Request GRANTED. The deadline for Defendant to file a motion to withdraw his guilty plea is hereby extended to July 14, 2023.

SO ORDERED.

6/15/2023
DATE        VICTOR MARRERO, U.S.D.J.