USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

MARK GONZALEZ,

                     Defendant.

21 CR 288 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a status conference in the above-captioned matter for July 7, 2023 at 1:30 p.m. to address defense counsel's letter filed on June 29, 2023. (See Dkt. No. 129.)

**SO ORDERED.**

Dated:    30 June 2023
             New York, New York

                                                                     Victor Marrero
                                                                     U.S.D.J.