USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

**21 CR 288 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

On July 7, 2023, the Court held a conference to address defense counsel Richard Palma's ("Palma") letter (Dkt. No. 129) requesting to withdraw as counsel of record for defendant Mark Gonzalez ("Defendant"). At the conference, the Court heard and considered Palma and Defendant's respective positions on Palma's motion to withdraw as counsel. Accordingly, it is hereby

**ORDERED** that the motion (Dkt. No. 129) of defense counsel Richard Palma ("Palma") to withdraw as counsel to defendant Mark Gonzalez ("Defendant") is **GRANTED**; and it is further ordered that

**ORDERED** that Palma is hereby relieved as counsel of record to Defendant; and it is further

**ORDERED** that Defendant shall proceed pro se in this case with Palma serving as stand-by counsel; and it is further

**ORDERED** that Defendant's motion to withdraw his guilty plea pursuant to Federal Rule of Criminal Procedure 11 shall be due no later than July 21, 2023. The Clerk of Court is respectfully directed to terminate any pending motions, and to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    7 July 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.