```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Mark Gonzalez ("Defendant") timely filed a pro se motion to withdraw his guilty plea, which the Court received in the mail on July 21, 2023. (See "Motion," Dkt. No. 132.) The Court hereby directs the Government to respond to Defendant's Motion within thirty (30) days of the date of this Order.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    26 July 2023
           New York, New York

                                        Victor Marrero
                                        U.S.D.J.