```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On August 25, 2023, the Government timely filed its opposition to defendant Mark Gonzalez's ("Defendant") pro se motion (see Dkt. No. 132) to withdraw his guilty plea. (See "Opposition," Dkt. No. 136.)

The Court hereby directs Defendant to file a reply to the Government's Opposition within forty-five (45) days of the date of this Order. The Clerk of Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    28 August 2023
            New York, New York

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.