```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           - against -

MARK GONZALEZ,

                      Defendant.

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant Mark Gonzalez's ("Defendant") sentencing in the above-captioned matter, which is currently scheduled for November 17, 2023, at 1:00 p.m., is hereby adjourned to January 19, 2024, at 11:30 a.m. Defendant is hereby directed to submit his sentencing memorandum by December 18, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order, as well as a copy of the Court's Decision and Order at Dkt. No. 140, to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    1 November 2023
           New York, New York

                                        _____
                                        Victor Marrero
                                          U.S.D.J.