```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           - against -

MARK GONZALEZ,

                      Defendant.

---

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant Mark Gonzalez ("Defendant") filed a pro se motion (the "Motion") requesting an adjournment of his sentencing hearing currently scheduled for January 19, 2024, and requesting the Court schedule a Fatico hearing. (See Motion, Dkt. No. 144.) The Court received Defendant's Motion in the mail on November 27, 2023. The Court hereby directs the Government to respond to Defendant's Motion by December 11, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    28 November 2023
            New York, New York

                                                  _____
                                                  Victor Marrero
                                                  U.S.D.J.