USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

MARK GONZALEZ,

               Defendant.

21 CR 288 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    Defendant Mark Gonzalez's ("Defendant") sentencing in the above-captioned matter, which is currently scheduled for January 19, 2023, at 11:30 a.m., is hereby adjourned to March 15, 2024, at 11:00 a.m. Defendant is hereby directed to submit his sentencing memorandum by March 1, 2024.

    The Court denies Defendant's request for a <u>Fatico</u> hearing at this time. The Court may choose reconsider whether to schedule a <u>Fatico</u> hearing after Defendant has filed his sentencing submission. In order to provide guidance to pro se Defendant, the Court observs that a <u>Fatico</u> hearing may be warranted if, in his forthcoming sentencing submission, Defendant raises specific factual objections to his eligibility for safety valve relief. However, a <u>Fatico</u> hearing will not be warranted if Defendant challenges only the offense to which he pleaded guilty (i.e., if Defendant argues that he is not guilty of violating § 841(b)(1)(a)

because he is responsible for less than 40 grams of fentanyl), or if Defendant's challenges to his safety valve eligibility is purely legal in nature.

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as a copy of the Court's Decision and Order at Dkt. No. 140, to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:   14 December 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.