```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

          - against -

MARK GONZALEZ,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024

21 CR 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon request of Defendant, see Dkt. Nos. 151-52, it is hereby ordered that the representation of Defendant is assigned to C.J.A. attorney Yusuf A. El Ashmawy. The Court hereby schedules a conference for January 12, 2024, at 2:00 p.m. to address Mr. El Ashmawy's representation of Defendant, as well as to address the issues raised by Defendant's request for access to paper copies of his discovery materials.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232.

**SO ORDERED.**

Dated:    5 January 2024
             New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.