USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

**21 CR 288 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The status conference currently scheduled for January 12, 2024, at 2:00 p.m. is hereby rescheduled for January 12, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:    11 January 2024
            New York, New York

                                                _____
                                                Victor Marrero
                                                  U.S.D.J.