USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

MARK GONZALEZ,

                     Defendant.

**21 Cr. 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On April 9, 2024, the Court received by mail Defendant Mark Gonzalez's ("Gonzalez") *pro se* letter, dated March 26, 2024, in which Gonzalez confirms he does not intend to represent himself and wishes to proceed represented by C.J.A. attorney Yusuf A. El Ashmawy. (Dkt. No. 168.)

    Accordingly, Mr. El Ashmawy shall continue to represent Gonzalez solely for the purposes of sentencing, and the sentencing schedule shall go forwards as previously scheduled.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232, and to note service on the docket.

**SO ORDERED.**

Dated:    10 April 2024
             New York, New York

                                              Victor Marrero
                                              U.S.D.J.