USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

**21 Cr. 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On April 14, 2024, CJA attorney Yusuf El Ashmawy ("El Ashmawy") filed a letter notifying the Court that defendant Mark Gonzalez ("Gonzalez") had fired him over email earlier that day, and requesting to withdraw as counsel for Gonzalez. (Dkt. No. 170.) The Court has previously warned Gonzalez that if he is not willing to proceed with El Ashmawy as counsel, "the Court will not appoint any other counsel . . . at this stage." (Dkt. No. 160, Hr'g Tr. 5:17-25; see also Dkt. No. 165 ("Regardless" of Gonzalez's choice, "the Court will proceed to sentencing of Gonzalez as scheduled on May 17, 2024.").)

    Accordingly, the Court hereby schedules a *Faretta* hearing this Friday, April 26, 2024, at 12:00 p.m., in Courtroom 15B at 500 Pearl Street, New York, NY 10007. At this hearing, the Court will consider El Ashmawy's request and determine if Gonzalez wishes to proceed with El Ashmawy or if he instead wishes to proceed *pro se* at his sentencing proceeding on May 17, 2024, at 1:00 p.m. This

hearing shall be attended by Gonzalez, El Ashmawy, CJA attorney Camille Abate, and the Government. El Ashmawy shall inform Gonzalez about this hearing posthaste and arrange his appearance.

The Clerk of Court is also respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232, and to note service on the docket.

**SO ORDERED.**

Dated:   23 April 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.