```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             - against -

MARK GONZALEZ,

                       Defendant.

**21 CR 288 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

     On consent of the parties, the Court hereby adjourns the sentencing proceeding in this matter to June 10, 2024, at 1:00 P.M.

     As the Court indicated on the record, the Government shall submit its written response to the objections raised by defendant Mark Gonzalez ("Gonzalez") by May 24, 2024; and Gonzalez is directed to submit his reply no later than June 3, 2024.

**SO ORDERED.**

Dated:     17 May 2024
             New York, New York

                                       _____
                                       Victor Marrero
                                       U.S.D.J.