```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

**21 Cr. 288 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    Now before the Court is defendant Mark Gonzalez's *pro se* motion ("Motion," Dkt. No. 187) filed on June 3, 2024. Gonzalez requests an extension of time to respond to the Government's response letter ("Response," Dkt. No. 184). He also requests paper copies of several specific documents to help him prepare his response, plus "[f]ull discovery on paper." Finally, he renews his request for the Court "to dismiss this case due to the lack of evidence provided by the Government." The Government filed a response the same day. (Dkt. No. 188.) As explained below, the Motion is hereby **GRANTED** in part and **DENIED** in part.

    First, Gonzalez's request for an extension of time to respond is **GRANTED**, and his sentencing is hereby **ADJOURNED** to <u>July 19, 2024, at 3:00 p.m.</u>

    Second, Gonzalez's specific requests for discovery materials are **DENIED** as moot, in light of the Government's

Response confirming that it has provided those materials to Gonzalez both through mail and through standby counsel Camille Abate.

Third, Gonzalez's request for his full discovery materials on paper is **DENIED**. The Court finds that it would be too burdensome and impractical to provide Gonzalez with paper copies of all the voluminous discovery in this matter. The Court notes that the Government already provided Gonzalez with a hard drive containing all his discovery that he is permitted to access at the MDC (consistent with the Protective Order entered in this matter) more than 18 months ago, and any additional need Gonzalez may have for paper copies of specific discovery materials can be satisfied by tailored requests for those materials.

Fourth, Gonzalez's request to dismiss the case for lack of evidence is **DENIED**, for the same reasons identified by the Court in its prior Decision and Order (Dkt. No. 140) denying Gonzalez's motion to withdraw his guilty plea.

Fifth, Gonzalez shall submit his final reply to the Government's Response on or by July 8, 2024.

Finally, the Government and Ms. Abate are directed to ensure that Gonzalez is provided with a copy of this Order.

The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 186 and 187.

**SO ORDERED.**

Dated:    4 June 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.