**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

MARK GONZALEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2024

21 Cr. 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Mark Gonzalez's sentencing in this matter is hereby rescheduled from 3:00 p.m. on July 19, 2024, to 12:00 p.m. on July 19, 2024. Standby counsel, Camille Abate, and the Government are directed to promptly notify Gonzalez about this change in time for the sentencing and to provide Gonzalez a copy of this Order.

**SO ORDERED.**

Dated:    3 July 2024
             New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.

1