```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

MARK GONZALEZ,

           Defendant.

21 Cr. 288 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the affirmation submitted by Yahaira Rodriguez in opposition to the proposed Forfeiture Order submitted by the Government. (See Dkt. No. 197.) Ms. Rodriguez affirms under penalty of perjury, *inter alia*, that the $5,715 seized from her residence during execution of the May 20, 2021 search warrant was earned from her place of employment with the New York City Department of Education, and that defendant Mark Gonzalez was not on the lease for her residence. (Id.)

    It is hereby ORDERED that:

1. Ms. Rodriguez shall submit documentation confirming her employment and salary with the New York City Department of Education during the relevant time-period;

2. Ms. Rodriguez shall submit documentation confirming who was on the lease for her residence in May 2021; and,

3. The Government shall confirm whether it has tested or could reasonably test for fingerprints and/or DNA evidence on the bills seized during the May 20, 2021 search warrant.

The Clerk of Court is respectfully directed to mail a copy of this Order to (i) Yahaira Rodriguez, 701 Thieriot Avenue, Bronx, New York 10473; and (ii) Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, New York 11232; and to note service on the docket.

**SO ORDERED.**

Dated:    14 August 2024
          New York, New York

Victor Marrero
U.S.D.J.