```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against -

MARK GONZALEZ,

                        Defendant.

**21 Cr. 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

In reviewing the Government's proposed preliminary order of forfeiture ("Proposed Forfeiture Order"), the Court perceives an apparent discrepancy between the Proposed Forfeiture Order and 21 U.S.C. § 853(n) – specifically with respect to the amount of time allotted to third parties to file a petition under that subsection. Compare (Dkt. No. 185-2, ¶ 7 ("Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within <u>sixty (60) days</u> from the first day of publication of the Notice on this official government internet web site, or no later than <u>thirty-five (35) days</u> from the mailing of actual notice, whichever is earlier." (emphasis added))), with 21 U.S.C. § 853(n)(2) ("Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may, within <u>thirty days</u> of the final publication of notice or his

1

receipt of notice under paragraph (1), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property." (emphasis added)).

The Government is hereby directed to file a response addressing this apparent discrepancy within three (3) days of this Order.

**SO ORDERED.**

Dated:   28 August 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.