USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/26/2024_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　　　- against -

MARK GONZALEZ,

　　　　　　　　　　Defendant.

---

**21 Cr. 288 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

　　On August 2, 2024, Defendant filed a Notice of Appeal. (Dkt. No. 196.) Thereafter, the Second Circuit assigned Mr. Daniel M. Perez as defense counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. (Case. 24-2056, Dkt No. 16.) On October 3, 2024, Defendant filed a *pro se* Motion for Reconsideration. (Dkt. No. 207.) Accordingly, Mr. Perez is directed to enter his appearance on this Court's docket. Defendant is directed to clarify whether he proposes to withdraw the *pro se* Motion for Reconsideration and seek leave to file through counsel. The Clerk of Court is respectfully directed to mail a copy of this Order to Mark Gonzalez, Register Number 46404-509, MDC Brooklyn, 80 29th Street, Brooklyn, NY 11232, and to note service on the docket.

**SO ORDERED.**

Dated:　　26 December 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.