USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

— against —

MARK GONZALEZ,

                Defendant.

21 CR 288 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendant Mark Gonzalez's *pro se* letter dated August 5, 2025, concerning his pending appeal before the Second Circuit Court of Appeals. The Court hereby directs the Defendant to submit any requests regarding his pending appeal to the Second Circuit Court of Appeals.

**SO ORDERED.**

Dated:    8 September 2025
           New York, New York

                                      _____
                                          Victor Marrero
                                             U.S.D.J.