USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/18/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>— against —<br><br>MARK GONZALEZ,<br><br>Defendant. | **21 CR 288 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant Mark Gonzalez's *pro se* letter motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). (See Dkt. No. 234.) The Court hereby directs the Government to respond to Defendant's request within five (5) days.

**SO ORDERED.**

Dated:    18 March 2026
         New York, New York

_____
          Victor Marrero
          U.S.D.J.